**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

---

| | |
|---|---|
| **LACKIE DRUG STORE, INC., on Behalf of Itself and Arkansans Similarly Situated**<br><br>        Plaintiffs,<br><br>v.<br><br>**EXPRESS SCRIPTS; ESI MAIL ORDER PROCESSING, INC.; ESI MAIL PHARMACY SERVICE, INC; and EXPRESS SCRIPTS PHARMACY, INC.**<br><br>        Defendants. | Case No. 4:23-CV-01669-MAL |

---

**PLAINTIFF'S NOTICE OF**

**STIPULATION OF DISMISSAL UNDER RULE 41 WITH PREJUDICE**

---

PLEASE TAKE NOTICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties hereby stipulate to a dismissal of this cause of action with prejudice.  The Rule allows for this stipulated dismissal without a court order, and with the signatures of all parties who have appeared as affixed below.

Respectfully submitted,

**POYNTER LAW GROUP, PLLC**


/s/ Scott Poynter
Scott Poynter, AR Bar 90077
scott@poynterlawgroup.com

Clay Ellis, AR Bar 2023183
4924 Kavanaugh Blvd.
Little Rock, AR 72207
(501) 812-3943

Jason D. Sapp, #5851MO
jason@sapplawllc.com
**SAPP LAW LLC**
75 W. Lockwood, Suite 222
Webster Groves, MO 63119
(314) 782-3500

James C. Wyly, AR Bar No. 90158
jwyly@wylyrommel.com
Sean F. Rommel, AR Bar No. 94158
srommel@wylyrommel.com
**WYLY-ROMMEL, PLLC**
4004 Texas Boulevard
Texarkana, TX 75503
(903) 334-8646

*For Plaintiff Lackie Drug Store*


**HUSCH BLACKWELL LLP**


/s/ Michael Klebanov
Michael Klebanov, #66540MO
1801 Pennsylvania Ave., NW, Suite 1000
Washington, DC 20006
(202) 378-2363
michael.klebanov@huschblackwell.com

Christopher A. Smith, #53266MO
Jason Husgen, #66761MO
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
(314) 480-1500
chris.smith@huschblackwell.com
jason.husgen@huschblackwell.com

*Attorneys for Defendant Express Scripts, Inc.*